### THE FOLLOWING CASES WERE DISPOSED OF WITHOUT WRITTEN OPINIONS:

*Brinson v. Brinson.* Appeal by plaintiff from *Burney, J.,* November Term, 1950, of LENOIR. Appeal dismissed for want of jurisdiction. 27 March, 1951.

*Surety Corp. v. Sharpe.* Appeal by defendants from *Phillips, J.,* 26 May, 1951, at chambers in ROCKINGHAM. Motion to dismiss under Rule 17 (1) allowed. 7 June, 1951.